UNITED STATES OF DISTRICT COURT
DISTRICT COURT OF MINNESOTA

---

Lila Nawabi,

      Plaintiff,

v.

Liberty Life Assurance Company of Boston,

      Defendant.

File No. 21-cv-01962-MJD-KMM

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

WHEREAS, the above-captioned matter having been fully resolved, NOW, THEREFORE, it is hereby stipulated and agreed by and between plaintiff Lila Nawabi and defendant Liberty Life Assurance Company of Boston that the matter may be dismissed with prejudice.

IT IS FURTHER STIPULATED AND AGREED that the court may enter an order dismissing the matter with prejudice, without taxation of costs and fees and without further notice to any of the parties.

Dated:  12/23/2021

/s/ Chase Hedrick
Chase Hedrick, #0398770
Stephen Fields, # 0276571
Attorneys for Plaintiff
Fields Law Firm
9999 Wayzata Blvd
Minnetonka, MN 55305
Telephone: (612) 370-1511
Chase@Fieldslaw.com
Steve@Fieldslaw.com

Dated: 12/23/2021             /s/Maggie Falck
                                                                               Maggie Falck
                                                                            Attorneys for Defendant
                                                                            Liberty Life Assurance Company of Boston
                                                                            8801 Indian Hills Drive
                                                                            Omaha, NE 68114
                                                                            Telephone: (402)-361-7539
                                                                            Maggie.falck@lfg.com