UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Lila Nawabi,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Liberty Life Assurance Company of Boston,<br><br>　　　　Defendant. | Civil Case No: 0:21-cv-01962-MJD-KMM<br><br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties filed a Stipulation for Dismissal with Prejudice on December 22, 2021. Based on a review of the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that this action is **DISMISSED** in its entirety, on the merits and **WITH PREJUDICE.** Each party shall bear their own costs and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

Dated:  December 27, 2021　　　　　　　　s/Michael J. Davis_____
　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Michael J. Davis
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court