# UNITED STATES DISTRICT COURT
## District of Minnesota

Lila Nawabi,

                Plaintiff,

v.

Liberty Life Assurance Company of Boston,

                Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 21-cv-1962 MJD/JFD

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this action is DISMISSED in its entirety, on the merits and WITH PREJUDICE. Each party shall bear their own costs and attorneys' fees.

Date: 12/28/2021

KATE M. FOGARTY, CLERK